IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LARRY L. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-798C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Douglas G. Edelschick, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas G. Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Douglas G. Edelschick
Douglas G. Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 353-9303
FACSIMILE: (202) 307-0972
E-mail: Douglas.Edelschick@usdoj.gov

Dated: December 7, 2007

**CERTIFICATE OF FILING & SERVICE**

I hereby certify that on the 7th day of December, 2007, the foregoing "NOTICE OF APPEARANCE" was filed electronically, and I caused a copy to be placed in the United States mail (first-class, postage prepaid), addressed as follows:

LARRY L. MOORE
2700 W. Baseline Road
Suite No. 136-230
Tempe, AZ 85283

s/Douglas G. Edelschick