OFC

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
SEP 3 2008
U.S. COURT OF FEDERAL CLAIMS

2008-5079

LARRY L. MOORE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-798, Judge Margaret M. Sweeney.

ON MOTION

ORDER

Upon consideration of the United States' unopposed motion to dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 9/3/08

FOR THE COURT

SEP 03 2008

Date

[signature] Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
SEP 03 2008
JAN HORBALY
CLERK

cc: Larry L. Moore
Douglas G. Edelschick, Esq.

s8

ISSUED AS A MANDATE: SEP 03 2008